Daniel M. Cislo, Esq., No. 125,378
*dancislo@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
*mnielsen@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiff,
NIKKEN, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKEN, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KENKO BIO LLC, a Florida Limited Liability company,<br><br>Defendant. | Case No. 8:18-cv-01839 DOC (JDEx)<br><br>[Hon. David O. Carter]<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE [11]** |

## **ORDER**

Based upon the concurrently filed Stipulation of Dismissal without Prejudice, and for good cause shown, IT IS HEREBY ORDERED that:

(1) This action is hereby dismissed without prejudice;

(2) Each party shall bear its own attorneys' fees, costs, and expenses;

(3) The Court shall retain jurisdiction over this matter for purposes of enforcing any breach of the settlement agreement; and,

(4) Should the need arise, the parties shall engage in initial, reasonable, good faith efforts to resolve any alleged breaches of the settlement agreement prior to filing any action to resolve any such disputes pursuant to the terms of the settlement agreement.

**IT IS SO ORDERED**

Date: November 20, 2018

*David O. Carter*
Hon. David O. Carter
United States District Judge

Respectfully submitted,
CISLO & THOMAS LLP

By: /s/Daniel M. Cislo
 Daniel M. Cislo
 Mark D. Nielsen

 Attorneys for Plaintiff,
 NIKKEN, IN

 Dated: November 20, 2018

\\Srv-db\tmdocs\17-35866\Stipulation of Dismissal.docx

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on November 20, 2018, I caused:

## [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE

To be served by electronic mail on:

Kevin Hartley, Esq.
Co-Founder, Trademark Attorney
Trust Tree Legal, P.C.
1321 Adams St.
Nashville, TN 37208
kevin@trust-tree.com

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on November 20, 2018, at Los Angeles, California.

/s/Kaelie Sylvester
Kaelie Sylvester